NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TERWILLIGAR, | No. C 10-01140 JF (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE TRAVERSE; GRANTING REQUEST FOR ACCESS TO LAW LIBRARY; DENYING REQUEST FOR APPOINTMENT OF COUNSEL |
| v. | |
| R. BARNES, Warden, | |
| Respondent. | |
| | (Docket No. 44) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. (Docket No. 44.) Good cause appearing, Petitioner's motion is GRANTED, such that Petitioner shall file a traverse **no later than November 25, 2010. Prison officials shall grant Petitioner reasonable access to the law library so he may conduct research and prepare necessary documents.**

Petitioner has also made a request for appointment of counsel. (Docket No. 44 at 2.) The Sixth Amendment's right to counsel does not apply in habeas corpus actions. See

1  Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986).
2  Unless an evidentiary hearing is required, the decision to appoint counsel is within the
3  discretion of the district court.  See Knaubert, 791 F.2d at 728; Bashor v. Risley, 730 F.2d
4  1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984).  The matter has been fully briefed
5  and is ready for decision.  No evidentiary hearing is required at this time.  There are no
6  exceptional circumstances to warrant appointment of counsel.  Accordingly, Petitioner's
7  request is DENIED.

8  Lastly, Petitioner requests another copy of the "Attorney General's Reply" which was
9  confiscated by the prison library.  Petitioner's request is GRANTED.  The Clerk shall
10 enclose a copy of Respondent's Answer, (Docket No. 10), with a copy of this order to
11 Petitioner.

12 This order terminates Docket No. 44.

13 IT IS SO ORDERED.

14 DATED: 9/15/10

   JEREMY FOGEL
   United States District Judge

Order Granting Second Ext. Of Time
P:\PRO-SE\SJ.JF\HC.10\Terwilligar01140_2eot-trav.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE TERWILLIGAR,

        Petitioner,

v.

R. BARNES, Warden,

        Respondent.

Case Number: CV10-01140 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/20/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terrance Terwilligar H-46832
P.O. Box 2210
Susanville, CA 96127

Dated:  9/20/10

                                          Richard W. Wieking, Clerk