**E-FILED on 9/20/11**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRANCE TERWILLIGAR, | No. C 10-01140 JF (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ATTORNEY GENERAL OF CALIFORNIA, and R. BARNES, Warden, | |
| Respondents. | |

The Court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of Respondents. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

**IT IS SO ORDERED**.

DATED: September ___, 2011

JEREMY FOGEL
United States District Judge

Judgment
ftp://156.128.38.212/DATA/Users/PRO-SE/SJ.JF/HC.10/Terwilligar140.jud.md.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TERWILLIGAR,<br><br>    Plaintiff,<br><br>  v.<br><br>ON HABEAS CORPUS et al,<br><br>    Defendant. | Case Number: CV10-01140 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terrance Terwilligar H-46832
P.O. Box 2210
Susanville, CA 96127

Dated: September 20, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk