\*\*E-Filed 4/2/2012\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRANCE TERWILLIGAR,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF CALIFORNIA, and R. BARNES, Warden,<br><br>    Respondents._____/ | No. C 10-01140 JF (PR)<br><br>**ORDER DENYING REQUEST FOR A CERTIFICATE OF APPEALABILITY** |

The Court denied the petition, declined to issue a certificate of appealability, and entered judgment in favor of Respondents on September 20, 2011. Petitioner's motion for a certificate of appealability (Docket No. 51) is DENIED as moot, the Court having declined to issue such certificate in the order denying the petition. The Clerk shall terminate Docket No. 51.

**IT IS SO ORDERED**.

DATED: April 2, 2012

_____
JEREMY FOGEL
United States District Judge

Order Denying Request for a Certificate of Appealability
G:\JFALL\PDFtoEFile\MISC\Terwilligar Order Denying COA.wpd